IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUN -9 PM 2:49
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>UDIEL DEMESIO VELASQUEZ-VELASQUEZ, a/k/a UDIEL DEMESIO VELASQUEZ Y VELASQUEZ, a/k/a UDIEL D. VELASQUEZ, a/k/a UDIEL VELASQUEZ-RAMOS,<br><br>Defendant. | 8:25CR 127<br><br>INDICTMENT<br><br>8 U.S.C. § 1326(a) |

The Grand Jury charges:

## COUNT I

On or about April 18, 2025, in the District of Nebraska, the defendant, UDIEL DEMESIO VELASQUEZ-VELASQUEZ, a/k/a UDIEL DEMESIO VELASQUEZ Y VELASQUEZ, a/k/a UDIEL D. VELASQUEZ, a/k/a UDIEL VELASQUEZ-RAMOS, an alien who previously had been excluded, deported, and removed from the United States to Guatemala, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: _____
JOHN E. HIGGINS, #19546
Assistant U.S. Attorney