IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>UDIEL DEMESIO VELASQUEZ-VELASQUEZ<br><br>           Defendant. | 8:25CR127<br><br>CHANGE OF PLEA AND<br>ORDER ON SENTENCING SCHEDULE |

      The defendant requested a combined change of plea and sentencing hearing on an expedited schedule with sentencing to occur in approximately six weeks. The government does not oppose this request. Neither party opposes limiting the time allowed to object to the sentencing recommendations of probation or the court's tentative findings.

      Accordingly,

      IT IS ORDERED that the following deadlines and procedures are set in this case:

1. **July 7, 2025**: Counsel's respective versions of the offense(s) to the probation office;

2. **July 7, 2025**: Financial information, restitution proposal and any chemical dependency/mental health evaluation to the probation office by counsel;

3. **August 1, 2025**: Probation office's submission of a presentence report to the judge and counsel;

4. **August 5, 2025**: Written objections by counsel to the presentence report shall be provided to the court and probation;

5.     At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall e-mail to the undersigned judge a copy of the following: a) a copy of the Petition to Enter Guilty Plea; b) a copy of any plea agreement; and c) a copy of any charging document not yet on file. For this defendant, the time between **today's date** and the hearing on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(G) & (h)(7)(A).

6. **September 3, 2025 at 9:00 a.m.**:  Sentencing before Judge Buescher in Omaha, Courtroom #5.

DATED this 2nd day of July, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge